```
                    UNITED STATES BANKRUPTCY COURT
                      DISTRICT OF PUERTO RICO
```

IN RE:                                    CASE NO. 07-02726-SEK
EVELYN PANTOJA CARRION
                                          CHAPTER 13

        DEBTOR (S)

```
               TRUSTEE'S REPORT REGARDING THE STATUS
                  OF CHAPTER 13 PLAN PAYMENTS
```

TO THE HONORABLE COURT:

　　　José R. Carrión, Chapter 13 Trustee, through the undersigned attorney, very respectfully alleges and prays:

　　　1. The Trustee hereby provides a report regarding the status of the Chapter 13 Plan payments in this case.

　　　2. As of October 13, 2010 our record of payments received in this case reflects the following:

```
    - Total Paid in:         $15,281.00
    - Balance on Hand:       $0.00
    - Last Payment date:     September 21, 2010
    - Last Payment Amount:   $413.00
    - Amount in Default:     $1,239.00
```

　　　3. If debtor(s) have paid an amount greater than the amount stated above, then please provide the Office of the Chapter 13 Trustee with evidence of the payments totaling a different amount.

　　　WHEREFORE, the Chapter 13 Trustee respectfully prays that this information provided herein be taken in consideration in the pertinent proceedings before this Honorable Court.

　　　I HEREBY CERTIFY that on this date I notified a true copy of this document to the Debtor(s) to her/his/their address of record by first-class mail, and by electronic means (CM/ECF System) to her/his/their attorney of record.

　　　In San Juan, Puerto Rico this Wednesday, October 13, 2010.

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Jose R. Carrion

　　　　　　　　　　　　　　　　　　　　　　　　　　JOSE R. CARRION
　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER 13 TRUSTEE
　　　　　　　　　　　　　　　　　　　　　　　　　　P.O. Box 9023884,
　　　　　　　　　　　　　　　　　　　　　　　　　　San Juan, P.R. 00902-3884
　　　　　　　　　　　　　　　　　　　　　　　　　　Tel (787) 977-3535
　　　　　　　　　　　　　　　　　　　　　　　　　　FAX (787) 977-3550